**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JASON GOULDING,

Plaintiff,

v. Case No: 8:25-cv-2608-WFJ-CPT

TWIN MED, LLC,

Defendant.
_________________________________/

**ORDER**

Before the Court is Plaintiff's Motion for Partial Summary Judgment and filings in support, Dkts. 59, 60, 64, Defendant's response with exhibits, Dkts. 65, 66, and Plaintiff's reply, Dkt. 68, 69, 70. After careful consideration of the argument at the hearing held November 23, 2026, the written submissions of the parties, and the file, the Court concludes the motion is due to be denied.

The Court finds the issue distinguishable from the ruling on arbitration. "Modification" in the face of an express contract term to the contrary is a fairly rare occurrence. But Defendant has offered sufficient grounds for same, at least to contest a right to summary judgment. Accordingly, Plaintiff's Motion for Partial Summary Judgment, Dkt. 59, is denied. *See generally Professional Ins. Corp. v. Cahill*, 90 So. 2d 916 (Fla. 1956); *Okeechobee Resorts, L.L.C. v. E Z Cash Pawn, Inc.*, 145 So. 3d 989 (Fla. 4th DCA 2014).

**DONE AND ORDERED** at Tampa, Florida, on November 24, 2026.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of record